

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00776-CV

Robert **RODRIGUEZ**,
Appellant

v.

**OCWEN LOAN SERVICING**,
Appellee

From the 352nd District Court, Tarrant County, Texas
Trial Court No. 352-256762-11
The Honorable Bonnie Sudderth, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant.

SIGNED November 20, 2013.

_____
Catherine Stone, Chief Justice